Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

### ORDER

The court construes Evetta Stephenson's recently-docketed petition for review as a motion for a stay of proceedings.

Upon consideration thereof,

It Is Ordered That:

The motion is granted to the extent that all deadlines in this proceeding are extended by 90 days.

K. Lee Marshall, Bryan Cave LLP, of San Francisco, CA, argued for defendant-appellee. With him on the brief were Berrie R. Goldman and Tracy M. Talbot.

MOORE, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**CREAGRI, INC., a California Corporation, Plaintiff–Appellant,**

v.

**PINNACLIFE INC., a Nevada Corporation, Defendant–Appellee.**

No. 2014–1209.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2014.

Paul J. Andre, Kramer Levin Naftalis & Frankel LLP, of Menlo Park, CA, argued for plaintiff-appellant. With him on the brief were Lisa Kobialka and Hannah Lee.

**Ron KRAMER, Sal Abraham, and Thermolife International LLC, Plaintiffs–Appellees,**

v.

**CREATIVE COMPOUNDS, LLC, Defendant–Appellant.**

**Creative Compounds, LLC, Plaintiff–Appellant,**

v.

**Ron Kramer and Sal Abraham, Defendants–Appellees.**

No. 2014–1284.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2014.